UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GIBSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:18 CV 1100 RWS |
| ) | |
| JOHNSON & JOHNSON, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Although this case has been stayed, parties continue to file motions for extensions of time and substantive motions. This is not necessary or appropriate in light of the stay.

Accordingly,

**IT IS HEREBY ORDERED** that **no additional motions shall be filed in this stayed case by any party absent a lifting of the stay**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of August, 2018.